**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION**

| | |
|---|---|
| In Re: | Case No.: 18-21890-AJC |
| **INVESTQUEST PARTNERS HOLDINGS, INC.,** | CHAPTER 13 |
| | REQUEST FOR NOTICE |
| Debtor. | |

**REQUEST OF BSI FINANICAL SERVICES FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

**TO:   UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES**

**PLEASE TAKE NOTICE** that BSI FINANCIAL SERVICES, service agent for WRCOF Triumph, ("BSI"), a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

1  BSI requests that for all notice purposes and for inclusion in the Master Mailing List in
2  this case, the following address be used:

3  **PHYSICAL ADDRESS:**               **EMAIL ADDRESS:**
   BSI Financial Services              prpbk@bsifinancial.com
4  1425 Greenway Drive, Ste. 400
5  Irving, TX  75038

6

7

8  Dated:  October 25, 2018            By: /s/ Raymond Valderrama
                                       Raymond Valderrama
9                                      c/o BSI Financial Services
                                       Assistant Vice President, Foreclosure and
10                                     Bankruptcy
                                       1425 Greenway Drive, Ste. 400
11                                     Irving, TX  75038
                                       972.347.4350
12                                     prpbk@bsifinancial.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

In Re:                                                    ) Case No.: 18-21890-AJC
                                                          )
**INVESTQUEST PARTNERS HOLDINGS,**      ) CHAPTER  13
**INC.,**                                                 )
                                                          ) **CERTIFICATE OF SERVICE**
                                                          )
        Debtor.                                           )
                                                          )
_____)

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On October 25, 2018, I served the following documents described as:

- **REQUEST FOR NOTICE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Investquest Partners Holdings, Inc.<br>1200 Brickell Avenue, Suite 700<br>Miami, FL 33131<br><br>**Debtor's Counsel**<br>Richard R Robles, Esq<br>905 Brickell Bay Dr #228<br>Miami, FL 33131 | **U.S. Trustee**<br>Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130 |
|---|---|

__xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed on October 25, 2018, at Santa Ana, California

_/s/ Steven P. Swartzell_
Steven P. Swartzell

2
CERTIFICATE OF SERVICE